JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
WALTER F. FICK, ESQ.
Nevada Bar 14193
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON FEDRICK,

           Plaintiff,

vs.

GEICO GENERAL INSURANCE COMPANY, a Maryland-based automobile insurance company, DOES 1 THROUGH X, inclusive; and ROE BUSINESS ENTITIES XI THROUGH XX, Inclusive,

           Defendants.

CASE NO.: 2:17-cv-02682-APG-GWF

**STIPULATION AND ORDER TO STRIKE SURPLUSAGE FROM PLAINTIFF'S COMPLAINT**

      WHEREAS, Plaintiff filed his Complaint in the Eighth Judicial District Court of the State of Nevada on May 4, 2017;

      WHEREAS, a copy of Plaintiff's Complaint is on file with this Court (*see* ECF No. 1-A);

      WHEREAS, the Parties desire a clear and unambiguous Complaint, which is free from surplusage;

      WHEREAS, the Parties intend to litigate only two causes of action: (1) Breach of Contract and (2) Declaratory Relief; and

      WHEREAS, under Nevada law, special and consequential damages are not an available remedy for breach of contract claims;

//

1

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, HEREBY AGREE AND STIPULATE THAT IT BE ORDERED THAT:

1. The following language in Paragraph 18, on Page 4, of Plaintiff's Complaint shall be STRICKEN: "and special or consequential damages which would be foreseeable to a reasonable person in the insurer's position,";

2. Plaintiff shall not be required to file an amended complaint; and

3. Defendant shall not be required to file an amended or supplemental answer.

Dated this 17 of January, 2018.

SCOTT MICHAEL CANTOR, LTD.

_____
SCOTT M. CANTOR, ESQ.
Nevada Bar No. 1713
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
scott@scantorlaw.com
(702) 655-3763
Attorney for Plaintiff

Dated this 18th of January, 2018.

PYATT SILVESTRI

_____
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: January 22, 2018.

_____
UNITED STATES DISTRICT JUDGE