JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON FEDRICK, <br><br> Plaintiff, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, a Maryland-based automobile insurance company, DOES 1 THROUGH X, inclusive; and ROE BUSINESS ENTITIES XI THROUGH XX, Inclusive, <br><br> Defendants. | CASE NO.: 2:17-cv-02682-APG-GWF |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that is, SCOTT MICHAEL CANTOR, ESQ., of the law firm of SCOTT MICHAEL CANTOR, LTD., on behalf of Plaintiff, BRANDON FEDRICK, and JAMES P. C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, on behalf of Defendant, GEICO CASUALTY COMPANY, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

**IT IS SO ORDERED.**

Dated: May 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

1

Dated this 30 of April, 2018.

SCOTT MICHAEL CANTOR, LTD.

_____
Scott M. Cantor, Esq.
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
(702) 655-3763
Attorney for Plaintiff

Dated this 1 of May, 2018.

PYATT SILVESTRI

_____
James P. C. Silvesri, Esq.
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
(702) 383-6000
Attorney for Defendant

**ORDER**

IT IS SO ORDERED this _____ day of _____, 2018, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

_____
UNITED STATES MAGISTRATE JUDGE

Fedrick v. GEICO, 2:17-cv-02682-APG-GWF, Stipulation and Order for Dismissal with Prejudice

2